1:26-cr-4

FILED

# CRIMINAL CASE COVER SHEET

JAN 27 2026

| By: | ☐ INDICTMENT ☐ SUPERSEDING Case Number: _____<br>☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*<br>☐ RULE 20 |
|---|---|

U.S. Distr...
...ern District of Te...
...see
At Chattanoo...

USA V. **Jonathan D. Frost** _____

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

Immigration Case

☐ Defendant is being added to existing criminal case ☐ Zone A ☐ Zone B ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: **Frank Dale, Christopher Poole, Frank Clark** _____

Matter Sealed: ☐ YES ☑ NO     Place of Offense: **Hamilton Co., TN** _____

☐ Interpreter Required     Language: _____

Issue: ☐ WARRANT     ☐ SUMMONS     ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed     Case Number: _____

☐ Defendant on Supervised Release     Case Number: _____

Related Case/Attorney:

Case Number _____     Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **Lee Davis** _____

☐ Federal Defender     ☐ CJA     ☑ Retained

Appointed by Target Letter     Case Number: _____
Appointed in Pending Indictment     Case Number: _____

CHARGES:     Total # of Counts for this Defendant **3** _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 USC 1349 | Conspiracy to Commit Wire Fraud | y | | |
| 2 | 18 USC 1956(h) | Conspiracy to Commit Money Laundering | | | |
| 3 | 18 USC 371 | Conspiracy to Defraud the U.S. | | | |

(Attach additional page, if needed)

Attorney Signature

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. _____

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |