- [ ] REARRAIGNMENT
- [x] WAIVER OF INDICTMENT/PLEA

Case No. **1:26-cr-4**  USA v. **Jonathan D. Frost**

**PRESENT:** Honorable **Christopher H. Steger**  [ ] U.S. District Judge  [x] U.S. Magistrate Judge

| **Frank Dale** | **Lee Davis & Logan Davis** | **Scott Queener** |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |

| **Dana Bellamy** | **Aaron LaDuke** | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) |

[ ] SWORN

**PROCEEDINGS:** DEFENDANT(S)  [x] SWORN

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [x] Defendant(s) specifically advised of rights
- [ ] Waiver executed
- [x] Deft waived reading of indictment/information
- [ ] Indictment [ ] Information read
- [x] Defendant pleads guilty to Count(s) **1-3**
- [x] Court finds deft competent to plead; plea voluntary
- [ ] Guilty plea accepted by Court; deft adjudged guilty
- [x] Plea Agreement filed - - - - -   Agreement: [ ] sealed [x] not sealed

**BOND:** [x] Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on **$10,000** bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: [ ] granted [ ] denied [ ] Detention hearing set (see above)

[ ] Defendant ineligible for release on bond: _____

**SENTENCING:** **8/7/2026 9:00am**

**OTHER MATTERS:**
Chris Poole, Frank Clark, Kyle Wilson present for the USA.

Deft [ ] remanded to custody of U.S. Marshal  [ ] remained in custody  [x] remained on bond

Time: **2:18** to **3:18**     Date: **2/11/2026**